UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SYLVIA HERNANDEZ,                          )        CASE NO. CV 10-7003-CW
                                           )
        Plaintiff,                         )        JUDGMENT OF REMAND
                                           )
            v.                             )
                                           )
                                           )
MICHAEL J. ASTRUE,                         )
Commissioner of Social Security,           )
                                           )
                                           )
        Defendant.                         )
_____        )

        Consistent with the Order of Remand entered concurrently, **IT IS HEREBY**

**ORDERED, ADJUDGED AND DECREED** that the above-captioned action is

remanded to the Commissioner of Social Security for further proceedings

consistent with the Order of Remand.


Dated:   May 17, 2011                     _____
                                          CARLA WOEHRLE
                                          UNITED STATES MAGISTRATE JUDGE

1