# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SYLVIA HERNANDEZ,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | CASE NO. CV-10-7003-CW<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of TWO-THOUSAND SIX-HUNDRED DOLLARS AND NO CENTS ($2,600.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: June 1, 2011

_____
CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE

1